**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

SAMUEL CHARRIS RACINES,

Petitioner,

v.

WARDEN OF THE CALIFORNIA CITY FACILITY, et al.,

Respondents.

Case No. 1:26-cv-05769 JLT EGC

A- Number: 222-557-418

ORDER GRANTING PETITIONER'S MOTION TO DISMISS, DISMISSING PETITION WITHOUT PREJUDICE, AND DIRECTING THE CLERK OF COURT TO CLOSE THE CASE

(Doc. 14)

Samuel Charris Racines, an immigration detainee, proceeds with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. (*See generally* Doc. 1.) Petitioner now moves to dismiss his petition without prejudice to proceed with voluntary departure.[1] (*See* Doc. 14 at 2; *see also* Doc. 7-2 at 1.) As the respondents previously filed a responsive pleading, the Court construes this as a motion for dismissal under Rule 41(a)(2) of the Federal Rules of Civil Procedure.

Under Rule 41(a)(2), "an action may be dismissed at the [petitioner's] request only by court order, on terms that the court considers proper." Fed. R. Civ. P. 41(a)(2). Unless otherwise ordered by the Court, dismissal under Rule 41(a)(2) "is without prejudice." *Id.* Motions for

[1] Respondents report that Petitioner provided an unexpired travel document, and an immigration judge granted Petitioner leave for voluntary departure under DHS safeguards. (Doc. 12 at 1; Doc. 12-1 at 1.)

voluntary dismissal under Rule 41(a)(2) should be liberally granted if it will not result in legal prejudice to the respondents. *Stevedoring Serv. of Am. v. Armilla Int'l*, 889 F.2d 919, 921 (9th Cir. 1991). The decision to grant a voluntary dismissal under Rule 41(a)(2) is addressed to the district court's discretion and "will not be disturbed unless the court has abused its discretion." *Westlands Water Dist. v. U.S.*, 100 F.3d 94, 97 (9th Cir. 1996).

The Court finds dismissal is appropriate in this action. Respondents would not suffer any prejudice from the requested dismissal, which is the primary concern of Rule 41(a)(2). *See Stevedoring*, 889 F.2d at 921. Thus, the Court **ORDERS**:

1. Petitioner's motion to withdraw the petition, construed as motion for dismissal under Rule 41 (Doc. 10) is **GRANTED**.
2. The petition is **DISMISSED** without prejudice.
3. The transfer restrictions imposed on July 28, 2026 (Doc. 5) are **LIFTED**.
4. The Findings and Recommendations dated October 6, 2026 (Doc. 11) are terminated as **MOOT**.
5. The Clerk of Court is directed to terminate all pending matters and close this case.

IT IS SO ORDERED.

Dated: October 15, 2026

Jennifer L. Thurston
UNITED STATES DISTRICT JUDGE